UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTI JACKSON,

    Plaintiff,

v.   Case No: 8:20-cv-1703-CEH-AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

# ORDER

This cause comes before the Court upon the Report and Recommendation, filed by Magistrate Judge Amanda Arnold Sansone on January 28, 2022 (Doc. 29). Magistrate Judge Sansone recommends that the Commissioner's decision be remanded for further consideration consistent with the report and recommendation. Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 29) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The final decision of the Commissioner is **REVERSED**. This case is **REMANDED** to the Commissioner for further proceedings, consistent with the report and recommendation.

(3) The Clerk is directed to terminate any pending motions, enter a judgment in favor of Plaintiff, and close this case.

**DONE** and **ORDERED** at Tampa, Florida on February 14, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Amanda Arnold Sansone