# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHRISTI JACKSON,

    Plaintiff,

v.                                                           Case No: 8:20-cv-1703-CEH-AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on May 5, 2022 (Doc. 33). In the Report and Recommendation, Magistrate Judge Sansone recommends that Ms. Jackson's motion for attorney's fees under the EAJA (Doc. 32) be granted and that Ms. Jackson be awarded $2,254.50 in attorney's fees under the EAJA. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 33) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Motion for Attorney's Fees under the EAJA (Doc. 32) is GRANTED.

(3) Plaintiff is awarded $2,254.50 in attorney's fees under the EAJA.

**DONE AND ORDERED** at Tampa, Florida on May 24, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record