UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTI JACKSON,

    Plaintiff,

v.                                      Case No: 8:20-cv-1703-CEH-AAS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on November 6, 2023 (Doc. 41). In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's Attorney's Second Unopposed Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 40) be **GRANTED** and that Plaintiff's counsel be awarded $15,381.00 in attorney's fees. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now,

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 41) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Attorney's Second Unopposed Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) (Doc. 40) is **GRANTED.**

(3) Plaintiff's counsel is awarded $15,381.00 in attorney's fees.

(4) Plaintiff's Attorney's Unopposed Motion for Award of Attorney Fees Under 42 U.S.C. § 406(b) is **DENIED**, as moot.[1] The Clerk is, therefore, directed to terminate the Report and Recommendation at docket entry 38.

**DONE AND ORDERED** at Tampa, Florida on February 12, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record

---

[1] It appears that the First Unopposed Motion for Award of Attorney Fees is moot, although the Second Unopposed Motion for Award of Attorney Fees does not so indicate.